*Lisa Herskowitz*, assistant state's attorney, in opposition.

Decided September 15, 1998

STATE OF CONNECTICUT *v.* WILLIAM MORRIS

The defendant's petition for certification for appeal from the Appellate Court, 49 Conn. App. 409 (AC 16144), is denied.

*Donald Dakers*, special public defender, in support of the petition.

*Carolyn K. Longstreth*, assistant state's attorney, in opposition.

Decided September 15, 1998

THOMAS F. BROWN *v.* WILLIAM VILLANO ET AL., COCONSERVATORS (ESTATE OF RUTH VILLANO)

The plaintiff's petition for certification for appeal from the Appellate Court, 49 Conn. App. 365 (AC 16199), is denied.

*Thomas F. Brown*, in support of the petition.

*Charles D. Ray*, in opposition.

Decided September 15, 1998

SAYBROOK POINT MARINA PARTNERSHIP *v.* TOWN OF OLD SAYBROOK ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 49 Conn. App. 106 (AC 16251), is denied.